UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON MCDONALD, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) 1:10-cv-664-SEB-DML |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 06/01/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Aaron McDonald
#159447
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064